# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Brian G. Dvorak<br>Attorney at Law, Bar No. 4446 | Case No. 2:19-ms-00084<br>ORDER OF DISBARMENT |

Attorney Brian G. Dvorak, Nevada Bar No. 4446, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed September 20, 2019. On October 21, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of October 24, 2019. The OSC provided Mr. Dvorak with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Dvorak. Failure to respond within 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Brian G. Dvorak, Bar No. 4446, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 5th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 5th day of December 2019, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Brian G. Dvorak
>c/o John Wesley Hall. Jr., Esq.
>1202 Main Street, Suite 210
>Little Rock, AR 72202

Certified Mail No.: 7019 0700 0001 7574 6529

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada